UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman al-Harbi,**<br>　　Detainee,<br>　　Guantanamo Bay Naval Station<br>　　Guantanamo Bay, Cuba;<br><br>**Ravil Mingazov,**<br>　　Detainee,<br>　　Guantanamo Bay Naval Station<br>　　Guantanamo Bay, Cuba;<br><br>**Zainulabidin Merozhev,**<br>　　Detainee,<br>　　Guantanamo Bay Naval Station<br>　　Guantanamo Bay, Cuba,<br><br>　　*Petitioners,*<br><br>　　　　　　v.<br><br>George W. Bush,<br>　　President of the United States<br>　　The White House<br>　　1600 Pennsylvania Ave., N.W.<br>　　Washington, D.C. 20500;<br><br>Donald Rumsfeld,<br>　　Secretary, United States<br>　　Department of Defense<br>　　1000 Defense Pentagon<br>　　Washington, D.C. 20301-1000;<br><br>Army Brig. Gen. Jay Hood,<br>　　Commander, Joint Task Force-GTMO<br>　　JTF-GTMO<br>　　APO AE 09360; and<br><br>Army Col. Mike Bumgarner,<br>　　Commander, Joint Detention<br>　　　　Operations Group, JTF-GTMO<br>　　JTF-GTMO<br>　　APO AE 09360,<br><br>　　*Respondents.* | APPEARANCE<br><br>Case Number: 1:05CV02479<br><br>Judge: Henry H. Kennedy<br><br>Deck Type: Habeas Corpus/2255 |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Douglas K. Spaulding as co-counsel in this case for Ghanim-Abdulrahman al-Harbi, Ravil Mingazov and Zainulabidin Merozhev.

3-10-06
Date

936948
BAR IDENTIFICATION

*[signature]*
Signature

Douglas K. Spaulding
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9235 (phone number)