UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ghanim-Abdulrahman al-Harbi,
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba;

Ravil Mingazov,
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba;

Zainulabidin Merozhev,
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba,

    *Petitioners,*

        v.

George W. Bush,
    President of the United States
    The White House
    1600 Pennsylvania Ave., N.W.
    Washington, D.C. 20500;

Donald Rumsfeld,
    Secretary, United States
    Department of Defense
    1000 Defense Pentagon
    Washington, D.C. 20301-1000;

Army Brig. Gen. Jay Hood,
    Commander, Joint Task Force-GTMO
    JTF-GTMO
    APO AE 09360; and

Army Col. Mike Bumgarner,
    Commander, Joint Detention
        Operations Group, JTF-GTMO
    JTF-GTMO
    APO AE 09360,

    *Respondents.*

APPEARANCE

Case Number: 1:05CV02479

Judge: Henry H. Kennedy

Deck Type: Habeas Corpus/2255

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Melissa J. Keppel as co-counsel in this case for Ghanim-Abdulrahman al-Harbi, Ravil Mingazov and Zainulabidin Merozhev.

_10 March 2006_
Date

_Melissa J. Keppel_
Signature

477302
BAR IDENTIFICATION

Melissa J. Keppel
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9220 (phone number)
mkeppel@reedsmith.com (e-mail)