## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GHANIM-ABDULRAHMAN AL-HARBI,
*et al.,*

    *Petitioners,*

        v.

GEORGE W. BUSH,
*et al.*

    *Respondents.*

**Civil Action No. 05-CV-02479 (HHK)**

## MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDER

Petitioners Ghanim-Abdulrahman al-Harbi, Ravil Mingazov and Zainulabidin Merozhev, acting on their own behalf and through their Next Friend, Elham Battayav, and by and through their undersigned counsel, hereby respectfully move this Court to grant entry of the Amended Protective Order as set forth in the accompanying Memorandum in Support of Petitioners' Motion.[1]   Petitioners request that these orders be entered to facilitate their counsels' representation of Petitioners in this case.

Counsel for Respondents does not consent to the Court's entry of the Amended Protective Orders.

---

[1] This Motion is made without prejudice to Petitioners' right to challenge or seek modification of any particular terms of the Amended Protective Order in the future.

REED SMITH LLP

Dated: April 18, 2006

By: _____

Douglas K. Spaulding, D.C. Bar No. 936948
Bernard J. Casey, D.C. Bar No. 112219
Melissa J. Keppel, D.C. Bar No. 477302
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Tel: (202) 414-9200
Fax: (202) 414-9299


and

CENTER FOR CONSTITUTIONAL RIGHTS
    Barbara J. Olshansky (NY-0057)
    Tina Monshipour Foster
    (Pursuant to LCvR 83.2(g))
    Gitanjali S. Gutierrez
    Pursuant to LCvR 83.2(g))

    666 Broadway, 7th Floor
    New York, NY 10012
    Tel: (212) 614-6485
    Fax: (212) 614-6499

*Counsel for Petitioners*

2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GHANIM-ABDULRAHMAN AL-HARBI,
*et al.,*

      *Petitioners,*

              v.

GEORGE W. BUSH,
*et al.*

      *Respondents.*

**Civil Action No. 05-CV-02479 (HHK)**

## MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF AMENDED PROTECTIVE ORDER

Petitioners respectfully request that the Court enter in their cases the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba ("Amended Protective Order").[1]  Entry of the Amended Protective Order in these cases is an absolute prerequisite for Petitioners to have access to their counsel and for counsel to have any meaningful ability to represent Petitioners because without the Amended Protective Order, the government will not permit counsel to have any contact whatsoever with their clients.

The Amended Protective Order was first issued on November 8, 2004, in the *In re Guantanamo Bay Detainee Cases* by then Coordinating Judge Joyce Hens Green and has since been entered in over 175 related *habeas* proceedings before this Court and the Courts of this

---

[1] The Amended Protective Order includes the following orders entered in *In re Guantanamo Detainee Cases:* Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004); Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004.  *See* Exhibits A-C.

District. A failure to enter the Amended Protective Order in this case, would disrupt and delay Petitioners' access to, and communications with, their counsel. Petitioners' access to their attorneys, is not a matter of government discretion; but rather, is required as a matter of law. *Al Odah v. United States*, 346 F. Supp. 2d 1, 10 (D.D.C. 2004). Entry of the Amended Protective Order will afford the undersigned counsel the same opportunities already provided to counsel in the other pending Guantanamo Bay detainee cases to visit Petitioners at Guantanamo Bay and to communicate with their clients in accordance with the legal procedures outlined in the Amended Protective Order.

Pursuant to Local Civil Rule 7(m), the undersigned counsel conferred with Respondents' counsel regarding the relief sought in this motion. Respondents' counsel has not consented to the motion.

The Respondents' counsel has indicated that the refusal to consent to the entry of the Amended Protective Order is based upon a view that the Detainee Treatment Act of 2005 ("DTA") divests this Court of jurisdiction. The DTA provides no basis for refusing to enter the Amended Protective Order in this case. In fact the Amended Protective Order has been entered in at least 13 cases after the adoption of the DTA:

- Al Salami v. Bush, 05-CV-2452 (D.D.C. April 13, 2006) (Friedman)

- Zadran v Bush, 05-cv-2367 (D.D.C., Apr. 12, 2006) (Roberts)

- Alsaaei v. Bush, 05-cv-2369 (D.D.C., Apr. 12, 2006) (Roberts)

- Said v. Bush, 05-cv-2384 (D.D.C., Apr. 12, 2006) (Roberts)

- Al Shareef v. Bush, 05-2458 (D.D.C., Apr. 12, 2006) (Roberts)

- Awad v. Bush, 05-cv-2379, (D.D.C. Apr. 11, 2006) (Robertson)

- Thabid v. Bush, 05-cv-2398 (D.D.C., Mar. 21, 2006) (Huvelle)

- Razakah v. Bush, 05-2370 (D.D.C., Mar. 17, 2006) (Sullivan)

- Labed Ahmed v. Bush, (D.D.C., Mar. 2, 2006) (Sullivan)

- Wahab v. Bush, 05-886 (D.D.C., Jan. 10. 2006) (Sullivan)

- Mohammad v. Bush, 05-cv-879 (D.D.C., Jan. 9, 2006) (Walton)

- Bostan v. Bush, 05-cv-883 (D.D.C., Jan. 9, 2006) (Robertson)

- Khiali-Gul v. Bush, 05-cv-877 (D.D.C., Jan. 6, 2006) (Robertson)

The scope and effect of the DTA on petitions for habeas that were pending as of the DTA's effective date is an issue that has been fully briefed and argued to the Supreme Court and to the D.C. Circuit.[2]  Neither of those Courts has yet ruled and consequently the status quo remains in effect.  The Respondents continue to recognize the effectiveness of the Amended Protective Order as it applies in other detainee habeas cases.  It may be several months before the appellate courts provide guidance with respect to the DTA.  In the meantime, petitioners – including the petitioners in this case – are entitled to act, and be treated, in accordance with the state of the law as it exists now.  The Respondents' motions attacking jurisdiction in the Supreme Court and in the D.C. Circuit have not yet been determined.  The Respondents should not be permitted to assume that those motions will be decided in their favor, and they should not be allowed to unilaterally alter the presently existing landscape of these cases by opposing entry of the Amended Protective Order and consequently barring communications between Petitioners and their counsel.

For the foregoing reasons, Petitioners respectfully request that the Protective Order be entered in the instant case without delay.

---

[2] On March 28, 2006, the Supreme Court of the United States heard oral argument on, *inter alia*, the applicability if the DTA to currently pending Guantánamo detainee *habeas* petitions.  On March 22, 2006, the same issue was argued before the Court of Appeals for the District of Columbia.

REED SMITH LLP

Dated: April 18, 2006

By: _____
Douglas K. Spaulding, D.C. Bar No. 936948
Bernard J. Casey, D.C. Bar No. 112219
Melissa J. Keppel, D.C. Bar No. 477302
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Tel: (202) 414-9200


and

CENTER FOR CONSTITUTIONAL RIGHTS
Barbara J. Olshansky (NY-0057)
Tina Monshipour Foster
(Pursuant to LCvR 83.2(g))
Gitanjali S. Gutierrez
Pursuant to LCvR 83.2(g))

666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6485
Fax: (212) 614-6499

*Counsel for Petitioners*

4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GHANIM-ABDULRAHMAN AL-HARBI,
*et al.,*

      *Petitioners,*

         v.

GEORGE W. BUSH,
*et al.*

      *Respondents.*

                    **Civil Action No. 05-CV-02479 (HHK)**


## ORDER

Upon consideration of Petitioners' Motion for Entry of Amended Protective Order and the accompanying Memorandum in Support thereof, it is ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base at Guantanamo Bay, Cuba, issued November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)), the Order Addressing Designation Procedures for "Protected Information," issued November 10, 2004, and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued December 13, 2004, in the *In re Guantanamo Bay Detainee Cases* shall be entered in this case.


DATED: _____

                                    _____
                                    Henry H. Kennedy Jr.
                                    United States District Judge