UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, et al.,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action 05-02479 (HHK) |

**ORDER**

Before the court is petitioners' "Motion for Entry of Amended Protective Order" (Dkt. #9). Upon consideration of petitioners' motion, it is this 12th day of May, 2006, hereby

**ORDERED** that the March 16, 2006 order staying activity in this case, *Al-Harbi v. Bush*, No. 05-2479 (D.D.C. Mar. 16, 2006), is lifted with respect to petitioners' "Motion for Entry of Amended Protective Order"; and is further

**ORDERED** that respondents shall file an opposition to the aforementioned motion within 10 days of the docketing of this order. Respondents' opposition need only address the merits of petitioners' motion as the court is already aware of respondents' position regarding the issue of the court's subject matter over this action..

Henry H. Kennedy, Jr.
United States District Judge