UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GHANIM-ABDULRAHMAN AL-HARBI,** *et al.*,<br><br>*Petitioners,*<br><br>v.<br><br>**GEORGE W. BUSH,** *et al.*<br><br>*Respondents.* | **Civil Action No. 05-CV-02479 (HHK)** |

### ORDER

Upon consideration of Petitioners' Motion for Entry of Amended Protective Order and the accompanying Memorandum in Support thereof, it is ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base at Guantanamo Bay, Cuba, issued November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)), the Order Addressing Designation Procedures for "Protected Information," issued November 10, 2004, and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued December 13, 2004, in the *In re Guantanamo Bay Detainee Cases* shall be entered in this case.

DATED: _____           _____
                                  Henry H. Kennedy Jr.
                                  United States District Judge