UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, *et al.*,<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | Civil Action 05-02479 (HHK) |

**O R D E R**

Upon consideration of petitioners' motion for entry of amended protective order (#8), the opposition thereto, and the record of this case, it is this 5th day of July, 2006, hereby

**ORDERED** that the amended protective order and procedures for counsel access to detainees at the United States Naval Base at Guantanamo Bay, Cuba, issued November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)), the Order Addressing Designation Procedures for "Protected Information," issued November 10, 2004, and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued December 13, 2004, in the *In re Guantanamo Bay Detainee Cases* shall be, and hereby are, entered in this case.

                                                                                Henry H. Kennedy, Jr.
                                                                                United States District Judge