UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ghanim-Abdulrahman al-Harbi,
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba;

Ravil Mingazov,
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba;

Zainulabidin Merozhev,
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba,

    *Petitioners,*

        v.

George W. Bush,
    President of the United States
    The White House
    1600 Pennsylvania Ave., N.W.
    Washington, D.C. 20500;

Donald Rumsfeld,
    Secretary, United States
    Department of Defense
    1000 Defense Pentagon
    Washington, D.C. 20301-1000;

Army Brig. Gen. Jay Hood,
    Commander, Joint Task Force-GTMO
    JTF-GTMO
    APO AE 09360; and

Army Col. Mike Bumgarner,
    Commander, Joint Detention
        Operations Group, JTF-GTMO
    JTF-GTMO
    APO AE 09360,

    *Respondents.*

Case Number: 1:05CV02479

Judge: Henry H. Kennedy

Deck Type: Habeas Corpus/2255

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Al-Harbi v. George W. Bush, No. 05-CV-02479 (HHK).

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Al-Harbi v. George W. Bush, No. 05-CV-02479 (HHK), and I agree to comply with the provisions thereof.

_7/21/06_
Date

_[signature]_
Bernard J. Casey
REED SMITH LLP
Two Embarcadero Center
20th Floor
San Francisco, CA 94111
Phone: (415) 659-5959

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Al-Harbi v. George W. Bush, No. 05-CV-02479 (HHK), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

_7/21/06_
Date

_[signature]_
Bernard J. Casey
REED SMITH LLP
Two Embarcadero Center
20th Floor
San Francisco, CA 94111
Phone: (415) 659-5959