## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Filing, Memorandum of Understanding Regarding Access to Classified National Security Information, and Acknowledgement by Bernard J. Casey, Melissa J. Keppel and Douglas K. Spaulding were served upon the following person by e-mail on this 21st day of July, 2006:

Preeya M. Noronha
Trial Attorney
Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530
e-mail: preeya.noronha@usdoj.gov

/s/ Melissa J. Keppel
Melissa J. Keppel