CLEARED FOR PUBLIC FILING BY CSO

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman al-Harbi, et al.,**<br><br>*Petitioners,*<br>v.<br>**George W. Bush, et al.,**<br><br>*Respondents.* | Case Number: 1:05CV02479<br>Judge: Henry H. Kennedy<br>Deck Type: Habeas Corpus/2255 |

### PROPOSED ORDER

Before the Court is Petitioners' "Motion For An Order Requiring Respondents To Provide Counsel For Petitioners And The Court With 30-Days Advance Notice Of Any Intended Removal Of Petitioners From Guantanamo" (Dkt. # 21).  Upon consideration of the motion and the record in this case, the Court concludes that the motion should be granted.  Accordingly, it is hereby

ORDERED, that the Petitioners' motion is **GRANTED;** and it is further **ORDERED,** that the Respondents shall provide Petitioners' counsel and the Court with 30 days notice prior to transporting or removing any of the Petitioners from Guantánamo Bay Naval Base.

DATED: _____     _____
Henry H. Kennedy Jr.
United States District Judge