UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Ghanim-Abdulrahman al-Harbi, et al.,**

v.

**George W. Bush, et al.,**

*Respondents.*

Civil Action No: 05-CV-2479 (HHK)

## NOTICE

Pursuant to the Court's Order of August 7, 2006, undersigned counsel for Petitioners submit this Notice concerning the existence of correspondence between Petitioners and counsel prior to June 18, 2006.

Counsel represent three petitioners in this case: Ghanim Abdulraham al-Harbi, Ravil Mingazov and Zainulabidin Merozhev. Counsel have not sent or conveyed any written or verbal communication to any of these Petitioners prior to June 18, 2006.

Attorney Spaulding received a written communication from Petitioner al-Harbi that was written before June 18, 2006. Some of the contents of that letter are privileged.

Counsel are not aware of any attorney-client communications prior to June 18, 2006 to or from Petitioners Merozhev or Mingazov.

Counsel do not know if, on or prior to June 18, 2006, any of the Petitioners possessed unsent attorney correspondence, or drafts or notes of attorney correspondence, or copies of correspondence with other counsel. Counsel do not know if, on or prior to June 18, 2006, any of the Petitioners engaged in verbal communications with other counsel.

Since the entry of the Amended Protective Order in this case on July 5, 2006, counsel have sent privileged legal mail to Petitioners. Counsel respectfully requests that any order

denying the Respondents' requests to review certain detainee materials be extended to Petitioners in this case, regardless of the existence of attorney-client communications prior to June 18, 2006, to prevent the chilling of present and future communications between counsel and Petitioners.

Dated: August 15, 2006

                                   Respectfully submitted,

                                   REED SMITH LLP

                                   By:  /s/ Melissa J. Keppel
                                       Douglas K. Spaulding, D.C. Bar No. 936948
                                       Bernard J. Casey, D.C. Bar No. 112219
                                       Melissa J. Keppel, D.C. Bar No. 477302
                                       1301 K Street, NW
                                       Suite 1100 – East Tower
                                       Washington, DC 20005
                                       Tel: (202) 414-9200

                                           - and -

                                   CENTER FOR CONSTITUTIONAL RIGHTS
                                       Barbara Olshansky (NY0057)
                                       Gitanjali S. Gutierrez (NY1234)
                                       666 Broadway, 7th Floor
                                       New York, New York 10012
                                       Tel: (212) 614-6439
                                       Fax: (212) 614-6499

                                   *Counsel for Petitioners*