UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, et al.,<br><br>    Petitioners,<br><br>  v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action 05-02479 (HHK) |

ORDER OF TRANSFER

  Local Rule 40.6(a) permits the Judges of this Court to "transfer directly all or part of any case on the judge's docket to any consenting judge." LCvR 40.6(a). On August 3, 2006, the United States District Court for the District of Columbia adopted a Resolution of the Executive Session, in which a majority of the Judges agreed to transfer the government's motion for procedure related to review of certain detainee materials and request for expedited briefing to Judge James Robertson for coordinated handling and decision. In the interest of achieving a coordinated and expedited resolution of the pending motion, the court hereby transfers motion #17 to Judge Robertson for handling and decision as reflected in the August 3, 2006 Resolution of the Executive Session.

                     Henry H. Kennedy, Jr.
                     United States District Judge

Dated: August 18, 2006