UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, et al., <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents. | Civil Action 05-02479 (HHK) |

## ORDER

Presently before the court is petitioners' "Motion For Order Requiring Respondents to Provide Counsel For Petitioner and The Court With 30-Days Advance Notice of Any Intended Removal of Petitioner from Guantánamo" (Dkt. # 21). Pursuant to the decisions in *Abdah v. Bush*, 2005 WL 711814 (D.D.C. Mar. 29, 2005) and *Al-Joudi v. Bush*, 2005 WL 774847 (D.D.C. Apr. 4, 2005), and upon consideration of the motion, the opposition thereto, and the record of this case, it is this 18th day of August, 2006, hereby

**ORDERED,** that petitioners' motion is **GRANTED**; and it is further

**ORDERED,** that respondents shall provide petitioners' counsel and the court with 30 days' notice prior to transporting or removing petitioner from Guantánamo Bay Naval Base.

Henry H. Kennedy, Jr.
United States District Judge