*CLEARED FOR PUBLIC FILING WITH CSO*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ravil Mingaza Gamil, et al.,** *Petitioners,* v. **George W. Bush, et al.,** *Respondents.* | Civil Action No.: 05- CV-2010 (JR) |
| **Ghanim-Abdulrahman al-Harbi, et al.,** *Petitioners,* v. **George W. Bush, et al.,** *Respondents.* | Civil Action No.: 05-CV-2479 (HHK) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO TRANSFER AND CONSOLIDATE

1. According to respondents, Ravil Mingazov (ISN #702) also known as Ravil Mingaza Gamil, is apparently the subject of two Habeas petitions. *See* Notice of Duplicative Petitions filed by the respondents on May 25, 2006.

2. The petition filed in case number 05-CV-2010 was filed as the result of a request by Mr. Mingazov's wife, Diliara Mingazova. *See* Declaration of Gitanjali Gutierrez attached to the petition in case number 05-CV-2010. The petition filed in case number 05-CV-2479 was filed as a result of a request made by Mr. Mingazov to another detainee at

- 1 -

*CLEARED FOR PUBLIC FILING WITH CSO*

    Guantanamo.  Because of the differences in the spellings of the names on the two petitions it was not readily apparent that the two petitions were filed on behalf of the same detainee.

3. Case number 05-CV-2479 is further advanced at this point than case number 05-CV-2010 in that counsel in case number 05-CV-2479 have obtained security clearances and the Amended Protective Order has been entered in the case.  Counsel in case number 05-CV-2010 does not have a security clearance and the Amended Protective Order has not been entered in that case.  Counsel in case number 05-CV-2479 is filing at the same time as this motion, a Motion for Order Compelling Respondents to Permit Counsel Access to their Clients and to Comply with the Protective Order.

4. Respondents' allegations of duplicative filings are the only obstacles preventing counsel from visiting petitioners.

5. In order to respond to the apparent duplicative cases, it is appropriate to transfer case number 05-CV-2010 to Judge Kennedy and consolidate it with case number 05-CV-2479.  Such transfer and consolidation would promote judicial economy and the interests of justice.

6. Transfer and consolidation are permitted under the rules of this Court.  *See* LCvR 40.6(a).

Dated: August 22, 2006

/s/ Melissa J. Keppel
Douglas K. Spaulding, D.C. Bar No. 936948
Bernard J. Casey, D.C. Bar No. 112219
Melissa J. Keppel, D.C. Bar No. 477302
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220

*CLEARED FOR PUBLIC FILING WITH CSO*

                                                <u>/s/ Walter A. Lesnevich</u>
                                                Walter A. Lesnevich
                                                LESNEICH & MARZANO-LESNEVICH
                                                Court Plaza South
                                                21 Main Street
                                                Hackensack, NJ 07601
                                                Phone: (201) 488-1162