UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ghanim-Abdulrahman al-Harbi, et al., <br><br> *Petitioners,* <br><br> v. <br><br> George W. Bush, et al., <br><br> *Respondents.* | Civil Action No: 05-CV-2479 (HHK) |

## NOTICE AND SUMMARY OF FILING

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on August 23, 2006, a copy of Petitioners' Motion for Order Compelling Respondents to Permit Counsel Access to Their Clients and to Comply with the Amended Protective Order was delivered to the Court Security Officer for clearance for public filing.

The Motion sets forth the steps that counsel for petitioners have taken in response to the respondents' allegations of duplicative petitions in the case of petitioners Mingazov and Merozhev. The Motion further explains why respondents' "next friend" argument has no merit. Finally, the Motion asks for an order compelling the respondents to permit petitioners' counsel to have access and to visit their clients.

The Motion will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Dated: August 23, 2006

/s/ Melissa J. Keppel
Douglas K. Spaulding, D.C. Bar No. 936948
Bernard J. Casey, D.C. Bar No. 112219
Melissa J. Keppel, D.C. Bar No. 477302
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220