CLEARED FOR
PUBLIC FILING
BY CSO

**Spaulding, Douglas K.**

| | |
|---|---|
| From: | Andrew.Warden@usdoj.gov |
| Sent: | Friday, July 28, 2006 4:30 PM |
| To: | Spaulding, Douglas K. |
| Cc: | Casey, Bernard J.; Keppel, Melissa J. |
| Subject: | RE: Schedule for Client Visits in Guantanamo |

Douglas,

We cannot agree to schedule a visit with petitioners at this time. The petition brought on behalf of petitioners Al-Harbi, Mingazov, and Merozhev is not directly authorized by the petitioners, nor has the putative "next friend" detainee, Elham Battayav, established appropriate next friend standing under Whitmore v. Arkansas, 495 U.S. 149 (1990).

Additionally, we have identified petitioner Ravil Mingazov as the same individual who already has a habeas petition pending in Gamil v. Bush, No. 05-CV-2010 (JR), and petitioner Zainulabidin Merozhev as the same individual who already has a habeas petition pending in Mohammon v. Bush, No. 05-CV-2386 (RBW). Thus, as reflected in our Notices of Multiple Petitions, the petition in the Al-Harbi case appears to be duplicative of previously filed cases as to petitioners Mingazov and Merozhev. Accordingly, we believe dismissal of these petitioners from the Al-Harbi case is appropriate.

Best regards,

Andrew

Andrew I. Warden
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
Tel: 202.616.5084
Fax: 202.616.8470

-----Original Message-----
From: DSpaulding@ReedSmith.com [mailto:DSpaulding@ReedSmith.com]
Sent: Friday, July 28, 2006 1:10 PM
To: Warden, Andrew (CIV)
Cc: BCasey@ReedSmith.com; MKeppel@ReedSmith.com
Subject: RE: Schedule for Client Visits in Guantanamo

Andrew--
     I have checked flight availability for early September and it now appears that the best dates for our visit to Guantanamo are September 6-10. Please let us know those dates are available so that we can confirm travel arrangements. If you need further information, let me know. We look forward to hearing from you as soon as possible.
Thanks.
Douglas K. Spaulding

1

Exhibit A

```
>
> From:    Spaulding, Douglas K.
> Sent:    Wednesday, July 26, 2006 3:19 PM
> To:      'andrew.warden@usdoj.gov'
> Cc:      Casey, Bernard J.; Keppel, Melissa J.
> Subject: Schedule for Client Visits in Guantanamo
>
> Andrew--
>    Our team is planning to visit our clients at the detention facility
> in Guantanamo Bay during the period of September 5-8, 2006.
> Our clients are Ghanim-Abdulrahman Al-Harbi (ISN# 516), Zainulabidin
> Merozhev (ISN# 1095) and Ravil Mingazov (ISN# 702).  Our case is
> Al-Harbi v. Bush, Case No. 1:05CV02479 (HHK).  We understand that
> these detainees speak Arabic, Farsi and Russian, respectively.  Can
> you advise us whether our visit to the base for the purpose of meeting
> with these clients may be scheduled on the dates we have proposed.  We
> understand that confirmed flight information will have to be provided
> at least 20 days prior to our trip, but we wanted to determine whether
> these dates were available.  Please let us know as quickly as possible
> so that we can complete arrangements for our trip.  Thanks.
>
> Douglas K. Spaulding
> Phone- 202-414-9235
> Fax- 202-414-9299
> dspaulding@reedsmith.com
> Reed SmithLLP
> 1301 K Street, N.W.
> 1100 East Tower
> Washington, DC 20005
>
> This e-mail is confidential and may well be legally privileged.  If
> you have received it in error, you are on notice of its status.
> Please notify us immediately by reply e-mail and then delete this
> message from your system.  Please do not copy it or use it for any
> purposes, or disclose its contents to any other person.  To do so
> could violate state and Federal privacy laws.  Thank you for your
> cooperation.
>
>
```