*CLEARED FOR*
*PUBLIC FILING*
*BY CSO*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAVIL MINGAZA GAMIL,<br>*Petitioner,*<br><br>GEORGE W. BUSH,<br>*Respondent.* | )<br>)<br>)<br>)<br>)<br>)  Case No. _____<br>)<br>)<br>)<br>)<br>) |

### DECLARATION BY GITANJALI S. GUTIERREZ, ESQ.

I, Gitanjali S. Gutierrez, declare that the following statements are true to the best of my knowledge, information, and belief:

1. I am an attorney with the Center for Constitutional Rights, co-counsel for Petitioner Ravil Mingaza Gamil in the above-captioned action. I offer this Declaration in support of Mr. Gamil's Petition for Writ of Habeas Corpus.

2. I learned of Petitioner Gamil's request for legal counsel to challenge the legality of his detention through a former Guantánamo detainee, Moazzam Begg, a citizen of the United Kingdom, who had been incarcerated with Petitioner Gamil in U.S. custody Afghanistan and Guantánamo Bay Naval Station. Petitioner Gamil had given Mr. Begg his family's contact information in Russia. Petitioner Gamil expressly asked Mr. Begg to help him secure legal assistance.

3. Petitioner Gamil's wife was no longer at the phone number he provided to Mr. Begg. With the assistance of Amnesty International's Russia office and local human rights activists, I was able to locate accurate contact information for Petitioner Gamil's wife, Diliara Mingazova.

Doc #:NY7:44888.1

Exhibit B

CLEARED FOR
PUBLIC FILING
BY CSO

4. In July and August of 2005, I spoke on the phone with Mrs. Mingazova and we engaged in email correspondence. She communicated her concerns to me about her husband's unlawful detention and has sent copies of her limited correspondence with him to our legal offices.

5. Mrs. Mingazova has expressed to me that she would like to act as her husband's Next Friend for the purposes of bringing a petition for writ of habeas corpus or any other legal action to challenge the lawfulness of his detention.

6. Because Mrs. Mingazova lives in a small city in Russia and does not have ready access to a fax machine or computer scanner, I asked her to send me an electronic mail message confirming her verbal desire to authorize me and any attorneys assigned by the Center for Constitutional Rights to act on behalf of her husband. She promptly sent an email in response to my request. *See* Exhibit A, E-mail from Diliara Mingazova to Gitanjali Gutierrez, Sept. 16, 2005.

7. I have contacted Walter Lesnevich, Esq., of the law firm Lesnevich & Marzano-Lesnevich, to act as co-counsel for Petitioner Gamil and he has agreed to the representation.

8. I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of September 2005
Ithaca, New York

*Gitanjali Gutierrez /epp*
Gitanjali S. Gutierrez

2

*CLEARED FOR
PUBLIC FILING
BY CSO*

# Exhibit A

*CLEARED FOR
PUBLIC FILING
BY CSO*

-----Original Message-----
From: Dilyara Mingazova
To: Gitanjali Gutierrez
Sent: 9/16/05 10:20 AM
Subject: Re: RE: from Diliara/ Russia

My name is Diliara Mingazova and i Wouldlike to act on behalf of my husband, Ravil Mingazov to secure legal representation to challenge the legality of his imprisonment.
Diliara. 16.09.2005