Thursday 27 April 2006

Mr. Douglas Spalding of the Law Firm Reed Smith and Others:

Greetings:

I am happy that you all are interested in representing me in front of the Federal Court and that you are trying to gain permission for a visit so that you may meet me. I await you and your visit and I ask you to send a letter to let me know that you received my letter. Also I ask that you send any news pertaining to my case or from my country Saudi Arabia, whether it be of great or little importance.

Thank you for your cooperation….Al Harbi Ghanim Abdulrahman Ghanim

**PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT INFORMATION**    **REDACTED**

Exhibit C