*CLEARED FOR PUBLIC FILING WITH CSO*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman al-Harbi, et al.,** *Petitioners,* v. **George W. Bush, et al.,** *Respondents.* | Civil Action No: 05-CV-2479 (HHK) |

## ORDER

Upon consideration of petitioners' Motion for Order Compelling Respondents to Permit Counsel Access to Their Clients and to Comply with the Amended Protective Order, and any opposition thereto, it is by the Court

ORDERED that petitioners' Motion for Order Compelling Respondents to Permit Counsel Access to Their Clients and to Comply with the Amended Protective Order is GRANTED.

Entered this _____ day of August 2006.

_____
Henry K. Kennedy
United States District Judge