UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman al-Harbi,**<br>　　Detainee,<br>　　　Guantanamo Bay Naval Station<br>　　　Guantanamo Bay, Cuba;<br><br>**Ravil Mingazov,**<br>　　Detainee,<br>　　　Guantanamo Bay Naval Station<br>　　　Guantanamo Bay, Cuba;<br><br>**Zainulabidin Merozhev,**<br>　　Detainee,<br>　　　Guantanamo Bay Naval Station<br>　　　Guantanamo Bay, Cuba,<br><br>　　*Petitioners,*<br><br>　　　　　　v.<br><br>**George W. Bush,**<br>　　President of the United States<br>　　The White House<br>　　1600 Pennsylvania Ave., N.W.<br>　　Washington, D.C. 20500;<br><br>**Donald Rumsfeld,**<br>　　Secretary, United States<br>　　Department of Defense<br>　　1000 Defense Pentagon<br>　　Washington, D.C. 20301-1000;<br><br>**Army Brig. Gen. Jay Hood,**<br>　　Commander, Joint Task Force-GTMO<br>　　JTF-GTMO<br>　　APO AE 09360; and<br><br>**Army Col. Mike Bumgarner,**<br>　　Commander, Joint Detention<br>　　　　Operations Group, JTF-GTMO<br>　　JTF-GTMO<br>　　APO AE 09360,<br><br>　　*Respondents.* | APPEARANCE<br><br>Case Number: 1:05CV02479<br><br>Judge: Henry H. Kennedy<br><br>Deck Type: Habeas Corpus/2255 |

## **NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of Allison M. Lefrak as co-counsel in this case for Ghanim-Abdulrahman al-Harbi, Ravil Mingazov and Zainulabidin Merozhev.

|  |  |
|---|---|
|     September 7, 2006 |     /s/ Allison M. Lefrak |
| Date | Signature |
| | |
| 485650 | Allison M. Lefrak |
| BAR IDENTIFICATION | REED SMITH LLP |
| | 1301 K Street, NW |
| | Suite 1100 – East Tower |
| | Washington, DC 20005 |
| | (202) 414-9220 (phone number) |
| | alefrak@reedsmith.com (e-mail) |