# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman al-Harbi, et al.,** | |
| *Petitioners,* | |
| v. | **Civil Action No: 05-CV-2479 (HHK)** |
| **George W. Bush, et al.,** | |
| *Respondents.* | |

## NOTICE OF FILING

Please take notice that Petitioners' counsel hereby files the Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement by Allison M. Lefrak in the above-captioned matter, copies of which are attached hereto.

Dated: September 7, 2006

    /s/ Allison M. Lefrak
Allison M. Lefrak
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220

*Of Counsel*
Barbara Olshanksy (BO3635)
666 Broadway, 7th Floor
New York, NY 10012
Phone: (212) 614-6464
Fax: (212) 614-6499