# **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Notice of Filing, Memorandum of Understanding Regarding Access to Classified National Security Information, and Acknowledgement by Allison M. Lefrak were served upon the following person by e-mail on this 7th day of September, 2006:

Preeya M. Noronha  
Trial Attorney  
Civil Division  
Federal Programs Branch  
20 Massachusetts Ave., NW  
Washington, D.C. 20530  
e-mail: preeya.noronha@usdoj.gov

                                                   ____/s/_ Allison M. Lefrak____  
                                                   Allison M. Lefrak