*Minhaj jamila <jamilafakat@mail.ru>* wrote:

> From: Minhaj jamila <jamilafakat@mail.ru>
> To: Julia Karpeisky <j.karpeisky@yahoo.com>
> Subject: Re: letter from Washington
> Date: Sat, 09 Sep 2006 14:24:38 +0400
>
> I, Diliara Mingazova, authorise the law firm of ReedSmith, and its lawyers, to represent me and my husband, Ravil Mingazov in the court cases filed in Washington, DC, seeking his release from detention at Guantanamo Bay (Case Number 05-CV-2479 and 05-CV-2010)
> Diliara Myngazov
>
> ñ, äÈÌÑÒÁ ïÙÎÇÁÚÏ×Á, ÄÁÎÎÙÍ ÕÐÏÌÎÏÍÁÞÉ×ÁÀ ÀÒÉÄÉÞÅÓËÕÀ ÆÉÒÍÕ òÉÄ óÍÉÔ (ReedSmith) É ÒÁÂÏÔÁÀÝÉÈ ÔÁÍ ÀÒÉÓÔÏ× ÐÒÅÄÓÔÁ×ÌÑÔØ ÍÏÉ ÉÎÔÅÒÅÓÙ É ÉÎÔÅÒÅÓÙ ÍÏÅÇÏ ÍÕÖÁ òÁ×ÉÌÑ ïÙÎÇÁÚÏ×Á ÄÌ Ä×ÏÉ ÄÅÌÁÍ, ÄÏÁÁÎÎÙÍ × ÓÕÄ × Ç. ÷ÁÛÉÎÇÔÏÎÅ Ó ÃÅÌØÀ ÍÏ×ÏÂÏÖÄÅÎÉÑ òÁ×ÉÌÑ ÉÚ ÚÁËÌÀÞÅÎÉÑ × ç×ÁÎÔÁÎÁÍÏÅÌÅ ÂÕÅÔÁ (ÎÏÍÅÒÁ ÄÅÌ 05-CV-2479 É 05-óV-2010.)

Julia Karpeisky
JMK Contact, Inc.
1025 Connecticut Ave, Ste 1012
Washington, DC 20036
202 857 9736
www.jmkcontact.com

09/13/2006