UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ravil Mingaza Gamil, et al.,**<br><br>*Petitioners,*<br><br>v.<br><br>**George W. Bush, et al.,**<br><br>*Respondents.* | Civil Action No.: 05- CV-2010 (JR) |
| **Ghanim-Abdulrahman al-Harbi, et al.,**<br><br>*Petitioners,*<br><br>v.<br><br>**George W. Bush, et al.,**<br><br>*Respondents.* | Civil Action No.: 05-CV-2479 (HHK) |

### SUPPLEMENT TO MOTION TO TRANSFER AND CONSOLIDATE AND MOTION FOR ACCESS

1.     On August 22, 2006, Petitioners filed a Motion to Transfer and Consolidate ("Motion to Transfer and Consolidate") and a Memorandum in support thereof.

2.     Also on August 22, 2006, Petitioners filed a Motion for Order Compelling Respondents to Permit Counsel Access to Their Clients and To Comply with the Amended Protective Order ("Motion for Access") and a Memorandum in support thereof.

3.     On September 6, 2006, Respondents filed a single Response to Petitioners' Motion to Transfer and Consolidate and Motion for Access.  At that time, Respondents no longer opposed providing counsel access to Petitioner Ghanim Abdulraham Al-Harbi but persisted in opposing counsel's access to Petitioners Ravil Mingazov and Zainulabidin Merozhev because they were named as Petitioners in duplicate filings.  Respondents also raised a "next friend" objection in opposing access to Mingazov and Merozhev.

4.      On September 13, 2006, Petitioners filed a Reply to Respondents' Response to Petitioners' Motions to Transfer and Consolidate and for Order to Permit Counsel.

5.      Since that date, counsel has received letters from both Merozhev and Mingazov directly authorizing counsel to bring the *habaes* actions on their behalf, and the government has recognized these letters as such.

6.      Accordingly, the government is currently permitting counsel access to all three Petitioners.  Counsel is scheduled to meet with Petitioners in Guantanamo Bay, Cuba on October 17, 18 and 19, 2006.

7.      If access to Petitioners is permitted, the Motion for Access is moot.

8.      In the interest of clarifying the duplicate cases with regard to Merozhev, the Center for Constitutional Rights, counsel to Merozhev in *Mohammon v. Bush*, No. 05-CV-2386 (RBW), filed a motion to withdraw its petition on September 8, 2006.

9.      On September 18, 2006, the motion to withdraw Merozhev from the *Mohammon* case was granted by the Court.

9.      Mingazov was also named as a party in a previously filed case by other counsel, *Gamil v. Bush*, No. 05-CV-2010 (JR).  That matter is the subject of a joint motion, filed by petitioners' counsel in both cases, requesting transfer of the *Gamil* case to this Court, and consolidation of that action into the instant case.

10.     An order to that effect will wholly resolve any issue of duplicate cases. Respondents, however, continue to oppose consolidation and believe the proper course would be for counsel to proceed in the first-filed case, *Gamil*, with the *Al-Harbi* case being dismissed as to petitioner Mingazov.

Dated: October 10, 2006                    /s/ Allison M. Lefrak
                                                                                 Douglas K. Spaulding
                                                                                 Bernard J. Casey
                                                                                 Melissa J. Keppel
                                                                                 Allison M. Lefrak
                                                                                 REED SMITH LLP
                                                                                 1301 K Street, NW
                                                                                 Suite 1100 – East Tower
                                                                                 Washington, DC 20005
                                                                                 Phone: (202) 414-9220

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Petitioners' Supplement to Motion to Transfer and Consolidate was served upon the following person by electronic filing and email on the th day October, 2006:

**Terry M. Henry, Esq.**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC  20530

/s/ Allison M. Lefrak
Allison M. Lefrak