UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman al-Harbi,**<br>　　Detainee,<br>　　Guantanamo Bay Naval Station<br>　　Guantanamo Bay, Cuba;<br><br>**Ravil Mingazov,**<br>　　Detainee,<br>　　Guantanamo Bay Naval Station<br>　　Guantanamo Bay, Cuba;<br><br>**Zainulabidin Merozhev,**<br>　　Detainee,<br>　　Guantanamo Bay Naval Station<br>　　Guantanamo Bay, Cuba,<br><br>　　*Petitioners,*<br><br>　　　　　　v.<br><br>**George W. Bush,**<br>　　President of the United States<br>　　The White House<br>　　1600 Pennsylvania Ave., N.W.<br>　　Washington, D.C. 20500;<br><br>**Donald Rumsfeld,**<br>　　Secretary, United States<br>　　Department of Defense<br>　　1000 Defense Pentagon<br>　　Washington, D.C. 20301-1000;<br><br>**Army Brig. Gen. Jay Hood,**<br>　　Commander, Joint Task Force-GTMO<br>　　JTF-GTMO<br>　　APO AE 09360; and<br><br>**Army Col. Mike Bumgarner,**<br>　　Commander, Joint Detention<br>　　　　Operations Group, JTF-GTMO<br>　　JTF-GTMO<br>　　APO AE 09360,<br><br>　　*Respondents.* | Case Number: 1:05CV02479<br><br>Judge: Henry H. Kennedy<br><br>Deck Type: Habeas Corpus/2255 |

- 2 -

## NOTICE OF WITHDRAWAL OF APPEARANCE FOR PETITIONERS

To the Clerk of this Court and all parties of record:

Please withdraw the appearance of Melissa J. Keppel as co-counsel in this case for Ghanim-Abdulrahman al-Harbi, Ravil Mingazov and Zainulabidin Merozhev. Bernard Casey, Douglas Spaulding, and Allison Lefrak will continue to represent Petitioners in this case.

December 14, 2006  
Date

477302  
BAR IDENTIFICATION

/s/ Melissa J. Keppel  
Signature

Melissa J. Keppel  
REED SMITH LLP  
1301 K Street, NW  
Suite 1100 – East Tower  
Washington, DC 20005  
(202) 414-9220 (phone number)  
mkeppel@reedsmith.com (e-mail)

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Notice of Withdrawal was served this day, December 14, 2006, by ECF on all parties of record.

/s/ Melissa J. Keppel