## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Petitioners' Motion for Order Requiring Respondents to Provide Counsel for Petitioners with Factual Returns was served upon the following person by electronic filing and email on the 15th day December, 2006:

**Terry Henry, Esq.**
**Andrew Warden, Esq.**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC  20530

　　　　　　　　　　　　　　　　　　　　__/s/_ Allison Lefrak_____
　　　　　　　　　　　　　　　　　　　　Allison M. Lefrak