UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GHANIM-ABDULRAHMAN AL-HARBI,
*et al.*,

    *Petitioners,*

        v.

GEORGE W. BUSH,
*et al.*

    *Respondents.*

Civil Action No. 05-CV-02479 (HHK)

## ORDER

Upon consideration of Petitioners' Motion for Order Requiring Respondents to Provide Counsel For Petitioners with Factual Returns, it is

**ORDERED** that the Government shall produce factual returns for Petitioners Ghanim Abdulraham Al-Harbi, Ravil Mingazov, and Zainulabidin Merozhev to Petitioner's counsel, consistent with any applicable conditions imposed by this Court's protective orders, within 20 days.

DATED: _____         _____
                                                            Henry H. Kennedy Jr.
                                                            United States District Judge