IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, et al., | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) ) Civil Action No. 05-CV-2479 (HHK) |
| GEORGE W. BUSH, et al., | ) ) ) |
| Respondents. | ) ) ) |

**ORDER DENYING PETITIONERS' MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE COUNSEL FOR PETITIONERS WITH FACTUAL RETURNS**

It is hereby ordered that petitioners' Motion for Order Requiring Respondents to Provide Counsel for Petitioners with Factual Returns is DENIED.

IT IS SO ORDERED.

Dated:

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE