UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman Al-Harbi, et al.,**<br><br>    *Petitioners,*<br><br>  v.<br><br>**George W. Bush, et al.,**<br><br>    *Respondents.* | Civil Action No: 05-CV-2479 (HHK) |

## NOTICE OF CO-COUNSEL'S CHANGE OF AFFILIATION AND CONTACT INFORMATION

Undersigned counsel hereby give notice that effective January 1, 2007, co-counsel, Bernard J. Casey, will no longer be affiliated with Reed Smith LLP.  Mr. Casey will continue to participate as co-counsel for defendants in the above captioned case, along with the other designated counsel for defendants.  Mr. Casey's new contact information is:

Bernard J. Casey
P.O. Box 26215
San Francisco, CA  94126-6215
Phone: (415) 441-6142
E-mail address: berniecasey@mac.com


Dated: December 28, 2006

/s/  Bernard J. Casey
Bernard J. Casey, D.C. Bar No. 112219
P.O. Box 26215
San Francisco, CA 94126-6215
Phone:  (415) 441-6142

Douglas K. Spaulding, D.C. Bar No. 936948
Allison M. Lefrak, D.C. Bar No. 485650
REED SMITH LLP|
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C.  20005
Phone:  (202) 414-9220

- 2 -

        Barbara J. Olshansky (NY-0057)  
        Tina Monshipour Foster  
        (Pursuant to LCvR 83.2(g))  
        Gitanjali S. Gutierrez  
        (Pursuant to LCvR 83.2(g))  
        CENTER FOR CONSTITUTIONAL RIGHTS  
        666 Broadway, 7th Floor  
        New York, NY 10012  
        Tel: (212) 614-6485  
        Fax: (212) 614-6499  

*Counsel for Petitioners*