## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman Al-Harbi, et al.,** <br><br> *Petitioners,* <br><br> v. <br><br> **George W. Bush, et al.,** <br><br> *Respondents.* | Civil Action No: 05-CV-2479 (HHK) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Petitioners' Notice of Co-Counsel's Change of Affiliation and Contact Information was served upon the following person by electronic filing and email on the 28th day of December, 2006:

>   **Terry Henry, Esq.**
>   **Andrew Warden, Esq.**
>   U.S. Department of Justice
>   Civil Division, Federal Programs Branch
>   20 Massachusetts Ave., NW, Room 6120
>   Washington, DC  20530

>>   /s/  Bernard J. Casey
>>   Bernard J. Casey

DOCSSFO-12463770.1