UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman Al-Harbi, et al.,** *Petitioners,* v. **George W. Bush, et al.,** *Respondents.* | Civil Action No: 05-CV-2479 (HHK) |

## NOTICE AND SUMMARY OF FILING

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on December 28, 2006, a copy of Petitioners' Reply to Opposition to Motion for Order Requiring Respondents to Provide Counsel for Petitioners with Factual Returns was delivered to the Court Security Officer for clearance for public filing.

The Reply elaborates on the reasons that the government should provide counsel for petitioners with factual returns in the cases of petitioners Al-Harbi, Mingazov, and Merozhev. The Reply further explains why the government's objections to producing factual returns have no merit. Finally, the Reply asks for an order compelling the respondents to produce factual returns to counsel for petitioners within twenty days.

The Motion will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Dated: December 28, 2006

/s/ Allison M. Lefrak
Douglas K. Spaulding, D.C. Bar No. 936948
Bernard J. Casey, D.C. Bar No. 112219
Allison M. Lefrak, D.C. Bar No. 485650
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220