## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Petitioners' Reply to Opposition to Motion for Order Requiring Respondents to Provide Counsel for Petitioners with Factual Returns was served upon the following person by electronic filing and email on the 28th day December, 2006:

**Terry Henry, Esq.**
**Andrew Warden, Esq.**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC  20530

                                                  __/s/_ Allison Lefrak_____
                                                  Allison M. Lefrak