UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Ghanim-Abdulrahman Al-Harbi, et al.,**

*Petitioners,*

v.

**George W. Bush, et al.,**

*Respondents.*

Civil Action No.: 05-CV-2479 (HHK)

## PETITIONERS' NOTICE OF FILING OF SUPPLEMENTAL AUTHORITY

Petitioners in the above-captioned action, by their undersigned counsel hereby give notice that on January 24, 2007, Judge Emmet G. Sullivan entered a Memorandum and Order in *Razakah v. Bush*, Civil Action No. 05-2370 (D.D.C. January 23, 2007) granting petitioners' Motion for Production of Factual Returns. A copy of Judge Sullivan's Memorandum Order and Opinion is attached hereto as Exhibit A.

The Court in *Razakah* relied upon earlier decisions in *Al-Ghizzawi v. Bush*, Civil Action No. 05-2378 (D.D.C. Aug. 9, 2006), *Kahn v. Bush*, Civil Action No. 05-1001 (D.D.C. Aug. 10, 2006), and *Feghoul v. Bush*, Civil Action No. 06-618 (D.D.C. Oct. 31, 2006) and rejected the very same arguments made by the Respondents in this case. In *Razakah*, Judge Sullivan ordered production of factual returns to both the Court and to petitioners' counsel by March 30, 2007. Petitioners' counsel in the instant case are planning another visit with their clients in April 2007 and would request the Court to require the production of Factual Returns no later than March 30, 2007.

Dated: January 25, 2006

      /s/   Allison M. Lefrak
Douglas K. Spaulding
Bernard J. Casey
Allison M. Lefrak
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220

and

CENTER FOR CONSTITUTIONAL RIGHTS
  Barbara J. Olshansky (NY-0057)
  Tina Monshipour Foster
  (Pursuant to LCvR 83.2(g))
  Gitanjali S. Gutierrez
  Pursuant to LCvR 83.2(g))

CENTER FOR CONSTITUTIONAL RIGHTS
    666 Broadway, 7th Floor
    New York, NY 10012
    Tel: (212) 614-6485
    Fax: (212) 614-6499

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Petitioners' Notice of Filing of Supplemental Authority was served upon the following person by electronic filing and email on the 25th day January, 2007:

**Terry Henry, Esq.**
**Andrew Warden, Esq.**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC  20530

　　　　　　　　　　　　　　　　　　　　__/s/_ Allison Lefrak_____
　　　　　　　　　　　　　　　　　　　　Allison M. Lefrak