UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, et al.,<br><br>            Petitioners,<br><br>       v.<br><br>GEORGE W. BUSH,<br><br>            Respondents. | Civil Action 05-02479 (HHK) |

### ORDER

Before the court is the petitioners' "Motion for Order Requiring Respondents to Provide Counsel for Petitioners with Factual Returns" [#47], filed December 19, 2006. Based upon the motion, the opposition thereto, and the record in this case, it is this 31st day of January 2007, hereby

**ORDERED** that petitioners' "Motion for Order Requiring Respondents to Provide Counsel for Petitioners with Factual Returns" [#47] is **DENIED**.

                                                                        Henry H. Kennedy, Jr.
                                                                        United States District Judge