UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman al-Harbi,**<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>**Ravil Mingazov,**<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>**Zainulabidin Merozhev,**<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba,<br><br>    *Petitioners,*<br><br>            v.<br><br>**George W. Bush,**<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Ave., N.W.<br>    Washington, D.C. 20500;<br><br>**Donald Rumsfeld,**<br>    Secretary, United States<br>    Department of Defense<br>    1000 Defense Pentagon<br>    Washington, D.C. 20301-1000;<br><br>**Army Brig. Gen. Jay Hood,**<br>    Commander, Joint Task Force-GTMO<br>    JTF-GTMO<br>    APO AE 09360; and<br><br>**Army Col. Mike Bumgarner,**<br>    Commander, Joint Detention<br>            Operations Group, JTF-GTMO<br>    JTF-GTMO<br>    APO AE 09360,<br><br>    *Respondents.* | APPEARANCE<br><br>Case Number: 1:05CV02479<br><br>Judge: Henry H. Kennedy<br><br>Deck Type: Habeas Corpus/2255 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Gary S. Thompson as co-counsel in this case for Ghanim-Abdulrahman al-Harbi, Ravil Mingazov and Zainulabidin Merozhev.

FEB. 1, 2007
Date

Signature

435315
D.C. BAR ID.
(Admitted to D.C.D.C.)

Gary S. Thompson
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Tel. (202) 414-9418
Fax (202) 414-9299