UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ghanim-Abdulrahman Al-Harbi, et al.,<br><br>*Petitioners,*<br><br>v.<br><br>George W. Bush, et al.,<br><br>*Respondents.* | Notice of Appeal<br><br>Civil Action No.: 05-CV-2479 (HHK) |

## NOTICE OF APPEAL

Notice is hereby given that Petitioners Ghanim-Abdulrahman al-Harbi, Ravil Mingazov, and Zainulabidin Merozhev in the above-named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Honorable Henry H. Kennedy's Order Denying Petitioners' Motion for Order Requiring Respondents to Provide Counsel for Petitioners with Factual Returns, dated January 31, 2007

Dated: February 14, 2007

    /s/   Allison M. Lefrak
Douglas K. Spaulding
Bernard J. Casey
Gary S. Thompson
Allison M. Lefrak
Richard W. Roberts. Jr.
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220

and

CENTER FOR CONSTITUTIONAL RIGHTS
Barbara J. Olshansky (NY-0057)
Tina Monshipour Foster
(Pursuant to LCvR 83.2(g))

DCLIB-490432.1-RWROBERT-999933-79566

Gitanjali S. Gutierrez
Pursuant to LCvR 83.2(g))

CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6485
Fax: (212) 614-6499

*Counsel for Petitioners*

DCLIB-490432.1-RWROBERT-999933-79566