UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman al-Harbi, et al.,** *Petitioners,* v. **George W. Bush, et al.,** *Respondents.* | Civil Action No: 05-CV-2479 (HHK) |

## NOTICE OF FILING

Please take notice that Petitioners' counsel hereby files the Memorandum of Understanding Regarding Access to Classified National Security Information and Acknowledgement by Richard W. Roberts, Jr., in the above-captioned matter, copies of which are attached hereto.

Dated: April 19, 2007

Richard W. Roberts, Jr.
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9217

*Of Counsel*
Barbara Olshanksy (BO3635)
666 Broadway, 7th Floor
New York, NY 10012
Phone: (212) 614-6464
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Filing, Memorandum of Understanding Regarding Access to Classified National Security Information, and Acknowledgement by Richard W. Roberts, Jr., were served upon the following person by e-mail on this 19th day of April, 2007:

> Preeya M. Noronha
> Trial Attorney
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., NW
> Washington, D.C. 20530
> e-mail: preeya.noronha@usdoj.gov

Richard W. Roberts, Jr.