UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Ghanim-Abdulrahman Al-Harbi, et al.,**

*Petitioners,*

v.

**George W. Bush, et al.,**

*Respondents.*

Civil Action No: 05-CV-2479 (HHK)

## NOTICE AND SUMMARY OF FILING

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on April 25, 2007, a copy of Petitioners' Notice of Filing and Lodging was delivered to the Court Security Officer for clearance for public filing. This motion is filed in connection with Respondents' motion to dismiss filed on April 19, 2007 in this and other habeas actions brought by Guantanamo detainees.

The Motion will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Dated: April 25, 2007

/s/  Allison M. Lefrak
Douglas K. Spaulding, D.C. Bar No. 936948
Bernard J. Casey, D.C. Bar No. 112219
Allison M. Lefrak, D.C. Bar No. 485650
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220