DOJ cleared for public filing 4/___/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GHANIM-ABDULRAHMAN AL-HARBI**, *et al.*, | ) ) ) ) | |
| *Petitioners*, | ) ) | |
| *v.* | ) ) ) | Civ. No. 05-CV-02479 (HHK) |
| **GEORGE W. BUSH**, *et al.*, | ) ) ) | |
| *Respondents*. | ) ) | |

### NOTICE OF FILING AND LODGING

In connection with the motion to dismiss filed by Respondents on April 19, 2007 in this and other habeas actions brought by Guantánamo detainees, Petitioners respectfully submit for the Court's information and consideration: (1) their Motion to Govern Further Proceedings in the D.C. Circuit (in Case No. 07-5052) relating to their pending appeal from this Court's order denying their motion for production of factual returns[1]; (2) Petitioners' emergency motion filed in Case No. 07-5052 in the D.C. Circuit requesting an order compelling Respondents to produce factual returns[2]; (3) the pending motion filed in the D.C. Circuit seeking a stay of that Court's mandate in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007) (attached as "Exhibit A" to the Notice of Filing and Lodg-

---

[1] This Motion to Govern is attached hereto as **Exhibit A**. Petitioners also joined an "Opposition To Motion To Vacate The District Court Orders And Dismiss The Habeas Petitions For Lack Of Jurisdiction" filed last week in the D.C. Circuit in *Al Ginco v. Bush*, No. 06-5191 and consolidated cases. This Opposition relates to appeals—some by Respondents and some by petitioners—from district court orders concerning petitioners' requests for 30-days' notice prior to any transfer of a petitioner from the Guantanamo Bay Naval Base. This Court granted Petitioners' request for 30-days' notice—Respondents' appeal from that order is one of the cases consolidated with *Al Ginco*. Petitioners do not attach a copy of the Opposition to this Notice because as of this date, the privilege team has not yet unsealed it. Once it does so, we will file it with this Court immediately.

[2] This Emergency Motion is attached hereto as **Exhibit B**.

ing filed with this Court in Civ. No. 04-CV-1254 on April 19, 2007); and (4) an emergency application that petitioners in the appeal from Civ. No. 04-CV-1254 have lodged with the Supreme Court for filing if the D.C. Circuit denies the relief that those petitioners have requested in their other pending motions before the D.C. Circuit (attached as "Exhibit C" to the Notice of Filing filed with this Court in Civ. No. 04-CV-1254 on April 19, 2007).

In due course, Petitioners will file an opposition to Respondents' motion to dismiss. Petitioners' opposition will address, among other issues, this Court's jurisdiction to act on Respondents' motion while the two appeals from this Court's factual return and 30-day notice orders remain pending in the D.C. Circuit. *See United States v. DeFries*, 129 F.3d 1293, 1302-03 (D.C. Cir. 1997).

Dated: April 25, 2007

Respectfully submitted,

/s/ Douglas K. Spaulding
Douglas K. Spaulding
Gary S. Thompson
Allison M. Lefrak
Richard W. Roberts
REED SMITH LLP
1301 K Street, NW, Suite 1100
(East Tower)
Washington, DC 20005
Tel: (202) 414-9220

Bernard J. Casey
Casey ADR Services
P.O. Box 26215
San Francisco, CA 94126
Tel: (415) 515-0855

Counsel for Petitioners

## CERTIFICATE OF SERVICE

    I hereby certify that on April 25, 2007, I served the foregoing on the counsel listed below by electronically filing this document with the Court's CM/ECF system:

Peter D. Keisler
Douglas N. Letter
Joseph H. Hunt
Vincent M. Garvey
Judry L. Subar
Terry M. Henry
James J. Schwartz
Edward H. White
Robert J. Katerberg
Andrew I. Warden
Nicholas J. Patterson
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

*Attorneys for Respondents*

                /s/ Douglas K. Spaulding
                Douglas K. Spaulding