IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, *et al.*, | ) ) ) ) |
| *Petitioners*, | ) ) |
| v. | ) Civ. No. 05-CV-02479 (HHK) |
| GEORGE W. BUSH, *et al.*, | ) ) ) |
| *Respondents*. | ) ) ) |

### NOTICE OF SUPPLEMENTAL EXHIBIT TO
### NOTICE OF FILING AND LODGING

On April 26, 2007, Petitioners filed a Notice of Filing and Lodging in connection with the motion to dismiss filed by Respondents on April 19, 2007 in this and other habeas actions brought by Guantánamo detainees. Petitioners stated in the Notice of Filing and Lodging that they joined an "Opposition To Motion To Vacate The District Court Orders And Dismiss The Habeas Petitions For Lack Of Jurisdiction" filed last week in the D.C. Circuit in *Al Ginco v. Bush*, No. 06-5191 and consolidated cases. Petitioners did not attach a copy of the Opposition to Motion to Vacate to the Notice of Filing and Lodging because as of the date of filing, the privilege team had not yet unsealed it. The Opposition has since been unsealed and it is hereto attached as Exhibit A.

Dated: April 27, 2007

Respectfully submitted,

/s/ Douglas K. Spaulding
Douglas K. Spaulding
Gary S. Thompson
Allison M. Lefrak
Richard W. Roberts
REED SMITH LLP
1301 K Street, NW, Suite 1100

(East Tower)
Washington, DC 20005
Tel: (202) 414-9220

Bernard J. Casey
Casey ADR Services
P.O. Box 26215
San Francisco, CA 94126
Tel: (415) 515-0855

Counsel for Petitioners

## CERTIFICATE OF SERVICE

    I hereby certify that on April 27, 2007, I served the foregoing on the counsel listed below by electronically filing this document with the Court's CM/ECF system:

Peter D. Keisler
Douglas N. Letter
Joseph H. Hunt
Vincent M. Garvey
Judry L. Subar
Terry M. Henry
James J. Schwartz
Edward H. White
Robert J. Katerberg
Andrew I. Warden
Nicholas J. Patterson
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

*Attorneys for Respondents*

    /s/ Allison M. Lefrak
    Allison M. Lefrak