UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Ghanim-Abdulrahman Al-Harbi, et al.,**

*Petitioners,*

v.

**George W. Bush, et al.,**

*Respondents.*

Civil Action No: 05-CV-2479 (HHK)

### NOTICE AND SUMMARY OF FILING

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on May 3, 2007, a copy of Petitioners' Motion For Stay-And-Abey Order was delivered to the Court Security Officer for clearance for public filing.  This motion sets forth the reasons why the court should stay the dismissal of this habeas action for want of jurisdiction pending Petitioners' exhaustion of their remedies in the United States Court of Appeals for the D.C. Circuit under the Detainee Treatment Act of 2005, Pub. L. No. 109-148, 119 Stat. 2680 ("DTA").  This motion also sets forth the reasons why this court should hold this action in abeyance pending Petitioners' exhaustion of their DTA remedies and either (a) the Supreme Court's grant of a renewed petition for certiorari to review the D.C. Circuit's jurisdictional holding in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), and disposition of that case on the merits or (b) the Supreme Court's resolution of the same jurisdictional issue as presented in an original habeas petition in *In re Ali*, No. 06-1194, currently pending before the Court.

The Motion will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Dated: May 3, 2007                                         /s/  Allison M. Lefrak
                                                                      Douglas K. Spaulding, D.C. Bar No. 936948

Bernard J. Casey, D.C. Bar No. 112219
Allison M. Lefrak, D.C. Bar No. 485650
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220

- 2 -