UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman Al-Harbi, et al.,** *Petitioners,* v. **George W. Bush, et al.,** *Respondents.* | Civil Action No: 05-CV-2479 (HHK) |

## NOTICE AND SUMMARY OF FILING OF PETITIONERS' OPPOSITION TO RESPONDENTS' MOTION TO DISMISS

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on May 3, 2007, a copy of Petitioners' Opposition to Respondents' Motion to Dismiss was delivered to the Court Security Officer for clearance for public filing. This motion sets forth the reasons why this court should continue the stay of proceedings before it and hold them in abeyance pending Petitioners' exhaustion of remedies under the Detainee Treatment Act of 2005.

The Motion will be filed via the Electronic Case Filing system when it has been cleared by the Court Security Office.

Dated: May 3, 2007

/s/ Allison M. Lefrak
Douglas K. Spaulding, D.C. Bar No. 936948
Bernard J. Casey, D.C. Bar No. 112219
Allison M. Lefrak, D.C. Bar No. 485650
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220