UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman al-Harbi, et al.,**<br><br>*Petitioners,*<br><br>v.<br><br>**George W. Bush, et al.,**<br><br>*Respondents.* | **Civil Action No: 05-CV-2479 (HHK)** |

## NOTICE OF FILING

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on July 5, 2007, the following document was submitted for clearance for public filing in this case: Supplemental Notice of Recent Activity in Guantánamo Cases. The Supplemental Notice of Recent Activity in Guantánamo Cases will be filed with the Court when it has been cleared by the Court Security Office.

| | |
|---|---|
| Dated: July 5, 2007 | /s/ Douglas K. Spaulding<br>Douglas K. Spaulding<br>Gary S. Thompson<br>Allison M. Lefrak<br>Richard W. Roberts<br>REED SMITH LLP<br>1301 K Street, NW<br>Suite 1100 – East Tower<br>Washington, DC 20005<br>Phone: (202) 414-9220<br><br>Bernard J. Casey, D.C. Bar No. 112219<br>Casey ADR Services<br>1920 Jones Street<br>San Francisco, CA 94133<br>Phone: (415) 515-0855<br><br>- and -<br><br>CENTER FOR CONSTITUTIONAL RIGHTS<br>Gitanjali S. Gutierrez (NY1234)<br>666 Broadway, 7th Floor<br>New York, New York 10012<br>Tel: (212) 614-6439<br><br>*Counsel for Petitioners* |