IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, *et al.*, <br><br> *Petitioners*, <br><br> *v.* <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents*. | Civ. No. 05-CV-02479 (HHK) |

## SUPPLEMENTAL NOTICE OF RECENT ACTIVITY IN GUANTÁNAMO CASES

Petitioners respectfully submit this supplemental notice of recent activity in Guantánamo cases in further support of their pending stay-and-abey motion and their opposition to Respondents' pending motion to dismiss. The recent activity by the Supreme Court underscores the appropriateness of granting Petitioners' pending stay-and-abey motions and denying Respondents' pending motions to dismiss. As Petitioners discussed in their previous notice of recent activity, that disposition of the motions is permitted by the Court of Appeals' order of June 7, 2007 in *Al Ginco*.

On June 29, 2007, the Supreme Court reconsidered its prior ruling and granted the petitions for certiorari in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007). The grant of certiorari raises a clear possibility that the United States Supreme Court will reverse the Court of Appeals' decision in *Boumediene* and permit Petitioners to pursue their habeas action, and militates in favor of staying this action at least until the Supreme Court decides *Boumediene*. Presumably because it granted certiorari in *Boumediene*, the Supreme Court has withheld action on the original habeas petition in *In re Ali*, S. Ct. No. 06-1194, which also challenges the Court of Appeals' de-

cision in *Boumediene*. Finally, petitioners in *Al Odah* and *Paracha* have asked the Court of Appeals to recall the mandates in those cases and stay the mandates pending the Supreme Court's disposition of *Boumediene*. A copy of the motion to recall is attached.

For the foregoing reasons, and the reasons earlier set forth by Petitioners, this Court should grant Petitioners' stay-and-abey motion and deny Respondents' motion to dismiss.

Dated: July 5, 2007               Respectfully submitted,

/s/ Douglas K. Spaulding
Douglas K. Spaulding
Gary S. Thompson
Allison M. Lefrak
Richard W. Roberts
REED SMITH LLP
1301 K Street, NW, Suite 1100
(East Tower)
Washington, DC 20005
Tel: (202) 414-9220

Bernard J. Casey
Casey ADR Services
1920 Jones Street
San Francisco, CA 94133
Tel: (415) 515-0855

- and -

CENTER FOR CONSTITUTIONAL RIGHTS
Gitanjali S. Gutierrez (NY1234)
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

**Counsel for Petitioners**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of July, 2007, a copy of the foregoing Supplemental Notice of Recent Activity in Guantánamo Cases was hand-delivered to the Court Security Officer who will serve the following person when the document has been determined unclassified:

>Andrew I. Warden
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W.
>Washington, D.C. 20530

>/s/ Douglas K. Spaulding
>Douglas K. Spaulding