IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, *et al.*,      ) ) ) ) | |
|         Petitioners,     ) ) | |
|        v.          ) ) | Civil Action No. 05-CV-2479 (HHK) |
| GEORGE W. BUSH,      ) ) | |
|       President of the United States,   ) | |
|       *et al.,*        ) ) | |
|         Respondents.    ) ) | |

**NOTICE OF TRANSFER OF PETITIONER AND WITHDRAWAL OF REQUEST FOR
DESIGNATION OF CERTAIN INFORMATION AS PROTECTED INFORMATION**

      Respondents hereby provide notice that the United States has relinquished custody of

petitioner Ghanim-Abdulrahman Al-Harbi (ISN 516) and transferred him to the control of the

Government of the Kingdom of Saudi Arabia.

      In the Stipulation and Order filed with the Court under seal on July 12, 2007, the parties

agreed that, pursuant to the protective orders entered by the Court's Order dated July 5, 2006

(dkt. no. 16), Respondents' Notice Pursuant To The Court's August 18, 2006 Order (filed under

seal on July 10, 2007), as well as the Stipulation and Order, would be designated as "protected

information" pending notice by respondents of completion of the transfer of petitioner to Saudi

Arabia.  Accordingly, the transfer having taken place, respondents hereby withdraw their request

to have the Notice and Stipulation and Order treated as protected information.[1]

---

[1] Consistent with this withdrawal, respondents have no objection to the Notice and
Stipulation and Order being unsealed and placed on the public record.

Dated: July 17, 2007                    Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        DOUGLAS N. LETTER
                                        Terrorism Litigation Counsel

                                        ___/s/ *Andrew I. Warden*_____
                                        JOSEPH H. HUNT (D.C. Bar No. 431134)
                                        VINCENT M. GARVEY (D.C. Bar No. 127191)
                                        JUDRY L. SUBAR (D.C. Bar 347518)
                                        TERRY M. HENRY
                                        JEAN LIN
                                        JAMES J. SCHWARTZ (D.C. Bar No. 468625)
                                        ROBERT J. KATERBERG
                                        ANDREW I. WARDEN (IN Bar No. 23840-49)
                                        NICHOLAS A. OLDHAM
                                        JAMES C. LUH
                                        Attorneys
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Ave., N.W.
                                        Washington, DC  20530
                                        Tel:  (202) 514-4107
                                        Fax:  (202) 616-8470

                                        Attorneys for Respondents