UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman al-Harbi, et al.,**<br><br>*Petitioners,*<br><br>v.<br><br>**George W. Bush, et al.,**<br><br>*Respondents.* | Civil Action No: 05-CV-2479 (HHK) |

### NOTICE OF FILING

As required by the Amended Protective Order in this matter, undersigned counsel hereby gives notice that on June 16, 2008, the following document was submitted for clearance for public filing in this case: Petitioners' Motion to Lift Stay and To Schedule Immediate Status Conference. The motion will be filed with the Court when it has been cleared by the Court Security Office.

Dated: June 16, 2008

/s/ Douglas K. Spaulding
Douglas K. Spaulding
Gary S. Thompson
Allison M. Lefrak

REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Phone: (202) 414-9220


Bernard J. Casey, D.C. Bar No. 112219
3018 NE 32nd Pl.
Portland, OR 972125

- and –

CENTER FOR CONSTITUTIONAL RIGHTS
Gitanjali S. Gutierrez (NY1234)
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439

*Counsel for Petitioners*