*FILED UNDER SEAL WITH THE CSO*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ghanim-Abdulrahman al-Harbi, et al.,** | |
| *Petitioners,* | Civil Action No: 05-CV-2479 (HHK) |
| v. | |
| **George W. Bush, et al.,** | |
| *Respondents.* | |

**PETITIONERS' MOTION TO LIFT STAY
AND TO SCHEDULE AN IMMEDIATE STATUS CONFERENCE**

Petitioners respectfully move this Court to lift the stay entered in this matter on March 20, 2008, and schedule an immediate status conference.

This matter has been stayed on the Petitioners' motion since March 20, 2008, pending the outcome of the *Al-Odah/Boumediene* cases. On June 12, 2008, the Supreme Court handed down its opinion in those cases, ruling that the prisoners at Guantanamo have *habeas corpus* rights protected under the U.S. Constitution; the review procedures of the Detainee Treatment Act are not an adequate substitute for *habeas corpus*; and the Military Commissions Act, insofar as it purported to strip the courts of *habeas corpus* jurisdiction, was unconstitutional. The Court stated that "questions regarding the legality of the detention" of Guantanamo detainees "are to be resolved in the first instance by the District Court." Slip op. at 2. The Court emphasized that, "The detainees in these cases are entitled to a *prompt* habeas corpus hearing." Slip op. at 66 (emphasis added). Since the basis for the stay no longer exists, Petitioners respectfully request that it be vacated forthwith.

     Petitioners also respectfully move this Court to schedule an immediate status conference to consider, among other matters, a schedule for prompt resolution of Petitioners' claims. Petitioner Mingazov has been incarcerated at Guantanamo since March 2002 - more than six years. Petitioner Merozhev has been incarcerated at Guantanamo since July 2003 - almost five years. Petitioners have been awaiting a hearing on their *habeas corpus* petition since it was filed in December of 2005 - almost three years ago. Taking to heart the Supreme Court's injunction that detainees in Petitioners' circumstances are entitled to a "prompt" hearing, Petitioners' respectfully move this Court hold a status conference and establish a schedule for resolution of this matter at the earliest possible time.

                                                                                   Respectfully submitted,

Dated: June 16, 2008                /s/ Douglas K. Spaulding
                                         Douglas K. Spaulding
                                         Gary S. Thompson
                                         Allison M. Lefrak

                                         REED SMITH LLP
                                         1301 K Street, NW
                                         Suite 1100 – East Tower
                                         Washington, DC 20005
                                         Phone: (202) 414-9220

                                         Bernard J. Casey, D.C. Bar No. 112219
                                         3018 NE 32nd Pl.
                                         Portland, OR 972125

                                                              - and –

                                         CENTER FOR CONSTITUTIONAL RIGHTS
                                         Gitanjali S. Gutierrez (NY1234)
                                         666 Broadway, 7th Floor
                                         New York, New York 10012
                                         Tel: (212) 614-6439

                                         *Counsel for Petitioners*