# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5040**                                    **September Term 2007**

05cv02386, 05cv2479

Filed On: August 29, 2008

Sharaf Al Sanani, Detainee, Guantanamo Bay
Naval Station, et al.,

    Appellees

Abdul Razak Ali, Detainee,

    Appellant

v.

Mike Bumgarner, Army Col. Commander,
Joint Detention Operations Group,
JTF-GRMO, et al.,

    Appellees

------------------------------

Consolidated with 07-5043, 07-5052

**BEFORE:**   Tatel, Griffith, and Kavanaugh, Circuit Judges

### ORDER

    Upon consideration of the government's motion to govern further proceedings in the above-captioned cases; Appellant Ali's response thereto in No. 07-5040, renewing his motion for immediate injunction pending appeal, and the reply; Appellant Al-Sanani's unopposed motion to dismiss the appeal without prejudice and response in opposition to the government's motion to govern in No. 07-5043; and appellants' unopposed motion to vacate and remand in No. 07-5052, it is

    **ORDERED** that No. 07-5040 be remanded to the district court. It is

    **FURTHER ORDERED** that Appellant Ali's motion for immediate injunction pending appeal be dismissed as moot. It is

    **FURTHER ORDERED** that Appellant Al-Sanani's motion to dismiss the appeal without prejudice be granted. No. 07-5043 is hereby dismissed without prejudice. It is

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-5040                          September Term 2007

**FURTHER ORDERED** that the motion to vacate and remand in No. 07-5052 be granted. In Civil Action No. 05-2479 (D.D.C.), the district court's order filed January 31, 2007, denying petitioners' motion for order requiring respondents to provide counsel for petitioners with factual returns, is hereby vacated, and No. 07-5052 is remanded to the district court.

The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Sabrina M. Crisp
        Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: Sabrina M. Crisp, Deputy Clerk