IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAVIL MINGAZOV,<br>      Petitioner,<br><br>      v.<br><br>BARACK H. OBAMA,<br>President of the United States, *et al.*,<br>      Respondents. | Civil Action No. 05-2479 (TFH) |

## ORDER

Upon consideration of the parties' Joint Motion to Continue August 4, 2016 Motion Hearing, it is hereby **ORDERED** that the motion is **GRANTED**. The hearing on Respondents' Motion for Rule 60(b) Relief from the Court's Order of May 13, 2010, which is currently scheduled for August 4, 2016, is **CONTINUED** to a date to be determined. The parties will inform the Court if there is a need to reschedule the hearing.

Dated: July 27, 2016

/s/ Thomas F. Hogan
THOMAS F. HOGAN
United States District Judge